IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:19-CR-148 |
| vs. | : | Judge Walter H. Rice |
| BRENDAN EARDLY, | : | |
| Defendant. | : | |

___

**ORDER DIRECTING SHELBY COUNTY SHERIFF & JAIL TO PERMIT CONTACT VISIT BETWEEN MASSIMO DEMARCHIS, PSYD & INMATE, BRENDAN EARDLY**
___

This matter is before the Court on Defendant's request for an Order directing the Shelby County Sheriff & Jail, located at 555 Gearhart Road, Sidney, Ohio to permit a contact visit between Massimo DeMarchis, PsyD. and inmate, Brendan Eardly. The Court finds defendant's Motion well taken, and sustains same.

Wherefore, the Court hereby ORDERS the Shelby County Sheriff & Jail to allow a contact visit between Massimo DeMarchis, PsyD. and inmate Brendan Eardly, as soon as possible.

(tp - per Judge Rice authorization after his review)

Walter H. Rice,
United States District Judge

Date: 06/12/2020